```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>          Plaintiff,<br><br>    vs.<br><br>Richard Gardner, et al.<br><br>          Defendants. | Case No. **2:10-cv-01604-FCD-DAD**<br><br>PLAINTIFF'S REQUEST RE REQUEST FOR CONTINUANCE OF DATE TO FILE JOINT STATUS CONFERENCE STATEMENT; **ORDER**<br><br>Joint Status Conference Statement: October 4, 2010 |

    Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the date to file a joint status conference statement from October 4, 2010 to November 22, 2010.  Plaintiff's process server is attempting service at the business address because current service of process may not be proper.  A continuance of the date for filing a joint status conference statement from October 4, 2010 to November 22, 2010 would give the Plaintiff's process server ample time to serve Defendants

1

at the business location, Defendants to file a response to Plaintiff's complaint and for Plaintiff and Defendants to engage in settlement discussions.

Dated:  July 1, 2010              /s/Scott N. Johnson  ____

                                  Scott N. Johnson,

                                  Attorney for Plaintiff


**ORDER**

   IT IS HEREBY ORDERED THAT the parties shall have the filing date of the joint status conference statement continued to **November 22, 2010**.

Dated: October 1, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE