SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>RICHARD GARDNER, et al., <br><br>　　　　Defendants. | Case No. **2:10-cv-01604-FCD-DAD** <br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL DECEMBER 6, 2010 FOR DEFENDANTS RICHARD GARDNER INDIVIDUALLY AND D/B/A RED HUT WAFFLE SHOP and NANCY GARDNER INDIVIDUALLY AND D/B/A RED HUT WAFFLE SHOP TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 144 (a), Plaintiff Scott N. Johnson and Defendants, Richard Gardner, Individually and d/b/a Red Hut Waffle Shop and Nancy Gardner, Individually and d/b/a Red Hut Waffle Shop, by and through their respective attorneys of record, Scott N. Johnson and David R. Cochran, stipulate as follows:

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

1. No extension of time has been previously obtained.

2. Defendants Richard Gardner, Individually and d/b/a Red Hut Waffle Shop and Nancy Gardner, Individually and d/b/a Red Hut Waffle Shop are granted an extension until December 6, 2010 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants Richard Gardner, Individually and d/b/a Red Hut Waffle Shop and Nancy Gardner, Individually and d/b/a Red Hut Waffle Shop's response will be due no later than December 6, 2010.

IT IS SO STIPULATED effective as of November 4, 2010

Dated:  November 12, 2010          /s/ David R. Cochran____
                                   David R. Cochran, Esq.,
                                   SBN 148097
                                   Attorney for Defendants
                                   Richard Gardner,
                                   Individually and d/b/a
                                   Red Hut Waffle Shop;
                                   Nancy Gardner,
                                   Individually and d/b/a
                                   Red Hut Waffle Shop

/ / /

/ / /

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2

Dated:  November 4, 2010                /s/Scott N. Johnson
                                        Scott N. Johnson,
                                        Attorney for Plaintiff

**IT IS SO ORDERED:** that Richard Gardner, Individually and d/b/a Red Hut Waffle Shop and Nancy Gardner, Individually and d/b/a Red Hut Waffle Shop Defendants shall have until December 6, 2010 to respond to complaint.

Dated: November 15, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE