SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>              Plaintiff,<br><br>       vs.<br><br>RICHARD GARDNER, et al.,<br><br>              Defendants. | Case No.: CIV. S-10-01604-FCD-DAD<br><br>**ORDER FOR DISMISSAL OF JOYE LEE MCCOY ONLY**<br><br>Complaint Filed:  JUNE 24, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Joye Lee McCoy) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open with remaining Defendants.  Defendant (Joye Lee McCoy) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: November 18, 2010

/s/Scott N. Johnson_____
SCOTT N. JOHNSON
Attorney for Plaintiff

**IT IS SO ORDERED**.

Dated:  November 19, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE