UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON, | NO.  CIV. S-10-1604 FCD DAD |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| RICHARD GARDNER, et al., | |
| Defendants. / | |

Pursuant to the representation of plaintiff, in the above action, the court has determined that this case has settled between plaintiff and defendant Carmen McCandlish only.

In accordance with the provisions of Local Rule 160, dispositional documents as to defendant Carmen McCandlish are to be filed on or before December 13, 2010.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: November 19, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE