SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>Plaintiff,<br><br>vs.<br><br>Richard Gardner, et al,<br><br>Defendants | Case No.: CIV.S 10-cv-01604-FCD-DAD<br><br>**REQUEST RE DISMISSAL OF CARMEN MCCANDLISH AND ORDER**<br><br>Complaint Filed: JUNE 24, 2010<br><br>**CASE TO REMAIN OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Carmen McCandlish) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with remaining Defendants. Defendant (Carmen McCandlish) is dismissed because Plaintiff and this Defendant have settled their dispute.

Dated: December 21, 2010               /s/Scott N. Johnson_____
                                                          SCOTT N. JOHNSON
                                                          Attorney for Plaintiff

1  **IT IS SO ORDERED**.

2

3  Dated: December 23, 2010

4  _____
   FRANK C. DAMRELL, JR.
5  UNITED STATES DISTRICT JUDGE