David R. Cochran, Esq., #148097
ALLING & JILLSON, LTD.
276 Kingsbury Grade, Suite 2000
Post Office Box 3390
Lake Tahoe  NV  89449-3390
Ph.  (775) 588-6676  ✦  Fx.  (775) 588-4970
dcochran@ajattorneys.com
Attorneys for Defendants RICHARD and NANCY GARDNER

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>                            Plaintiff,<br><br>     vs.<br><br>RICHARD GARDNER, et al,<br><br>                            Defendants. | CASE NO.:   2:10-CV-01604-KJM-DAD<br><br>**ORDER FOR TELEPHONIC APPEARANCE** |

The Court having considered the Request for Telephonic Appearance of Defendants RICHARD and NANCY GARDNER's attorney, David R. Cochran, of Alling & Jillson, Ltd., for the Status (Pretrial Scheduling) Conference, and reviewed the docket in this case, hereby GRANTS the request.   Counsel shall contact Casey Schultz, Courtroom Deputy, for information on the conference line for telephonic appearances.

DATED: July 14, 2011.

_____
UNITED STATES DISTRICT JUDGE

Alling & Jillson, , Ltd.
Post Office Box 3390
Lake Tahoe, NV  89449
(775) 588-6676   G:\DOCS\KJM\Kim\6 EZ\Req4TeleAppear(Ord)k.wpd

-1-
Order for Telephonic Appearance